# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

QATALYST, INC.,

Petitioner,

v.

ROB GRAHAM ENTERPRISES, LLC;
ROBERT GRAHAM; and DOUG K.
WINSLOW,

Respondents.

No. 2D2025-1066

_____

October 24, 2025

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Michael F. Andrews, Judge.

John E. Kirkpatrick of Marko & Magolnick, P.A., Miami, for Petitioner.

Bradley A. Muhs of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill, &
Mullis, P.A., St. Petersburg; Damon W. Suden and Elizabeth N. Krasnow
of Kelley Drye & Warren LLP, New York, New York; and Ira T. Kasdan of
Kelley Drye & Warren LLP, Washington, D.C., for Respondents.


PER CURIAM.

    Dismissed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.